UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID Q. WEBB,<br><br>           Plaintiff,<br><br>      v.<br><br>STATE OF WASHINGTON et al.,<br><br>           Defendants. | CASE NO. 3:23-cv-06034-DGE<br><br>ORDER ADOPTING REPORT AND REOMMENDATION (DKT. NO. 7) |

The Court, having reviewed *de novo* Plaintiff's proposed complaint (Dkt. No. 6-1) and motion for leave to proceed IFP (Dkt. No. 1), the Report and Recommendation of United States Magistrate Judge David W. Christel (Dkt. No. 7), and the remaining record, hereby finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 7).

ORDER ADOPTING REPORT AND REOMMENDATION (DKT. NO. 7) - 1

2. The Application to Proceed IFP (Dkt. No. 1) is DENIED and this case is DISMISSED with prejudice.

3. The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable David W. Christel.

Dated this 5th day of April 2024.

David G. Estudillo
United States District Judge